**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7752**

MAURICE L. CUMBERLANDER,

                    Plaintiff - Appellant,

          v.

KING GEORGE COUNTY CIRCUIT COURT, Municipality; JENNIFER
POLLARD, Assistant Commonwealth Attorney for "Municipality";
VERONICA CROMER, Court Appointed Public Defender for the
Public Defender's Office; MATTHEW BRITTON, Commonwealth
Attorney for the "Municipality"; TERESA PAGLIARO, Court
Appointed Attorney of the Pagliaro Law Firm; JANE FLETCHER,
Virginia State Bar Deputy Intake Counsel,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:14-cv-01278-CMH-JFA)

Submitted:  March 17, 2015          Decided:  March 20, 2015

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Maurice L. Cumberlander, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice L. Cumberlander appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cumberlander v. King George Cnty. Circuit Court, No. 1:14-cv-01278-CMH-JFA (E.D. Va. Nov. 12, 2014). We deny Cumberlander's motion for injunctive relief pending appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED